**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000613
15-DEC-2025
08:41 AM
Dkt. 26 OGMD**

NO. CAAP-25-0000613

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HANNAH K. HEART, Plaintiff-Appellant, v.
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC.,
ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-OA21, Defendant-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-25-0000679)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Wadsworth, Presiding Judge, McCullen, and Guidry, JJ.)

Upon consideration of self-represented Plaintiff-Appellant Hannah K. Heart's November 26, 2025 "Appellant's Motion to Voluntarily Dismiss Appeal (HRAP Rule 42(b))" (**Motion**), the papers in support, and the record,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed. The parties shall bear their own fees and costs.

DATED: Honolulu, Hawaiʻi, December 15, 2025.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge